RECEIVED

SEP 27 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DOLORES DUKE, et al.** | Civil Action No. 09-5693 (GEB) |
| Plaintiffs, | |
| v. | **ORDER** |
| **MERCK & CO., INC.,** | |
| Defendant. | |
| | |
| **MARGARET GOZDZIAK,** | Civil Action No. 09-5630 (GEB) |
| Plaintiff, | |
| v. | |
| **MERCK & CO., INC.,** | |
| Defendant. | |
| | |
| **DOLORES KUCZAJDA, et al.,** | Civil Action No. 10-679 (GEB) |
| Plaintiffs, | |
| v. | |
| **MERCK & CO., INC.,** | |
| Defendant. | |

| | |
|---|---|
| **PHYLLIS MOLNAR, et al.,**<br><br>            Plaintiffs,<br><br>    v.<br><br>**MERCK & CO., INC.,**<br><br>            Defendant. | Civil Action No. 08-08 (GEB) |
| **SUSAN SCHULTZ, et al.,**<br><br>            Plaintiffs,<br><br>    v.<br><br>**MERCK SHARP & DOHME CORP.**<br><br>            Defendant. | Civil Action No. 10-3545 (GEB) |

**THIS MATTER** having come before the Court on **September 7, 2010**, for a status conference call for the actions previously consolidated for purposes of discovery: <u>Dolores Duke, et al., v. Merck & Co., Inc.</u>, Civil Action No. 09-5693 (GEB); <u>Margaret Gozdziak v. Merck & Co., Inc.</u>, Civil Action No. 09-5630 (GEB); <u>Dolores Kuczajda, et al., v. Merck & Co., Inc.</u>, Civil Action No. 10-679 (GEB); <u>Phyllis Molnar, et al., v. Merck & Co., Inc.</u>, Civil Action No. 08-08 (GEB); and counsel having advised the Court that a case was recently initiated involving the same or similar issues as those in the previously consolidated cases, <u>Susan Schultz, et al., v. Merck Sharp & Dohme Corp.</u>, Civil Action No. 10-3545 (GEB); and the Court finding that the new case involves common questions of law and fact making consolidation for discovery purposes pursuant to <u>Fed. R. Civ. P</u>. 42(a) appropriate; and counsel for all parties having

consented to the consolidation of these matters for the conduct of discovery; and for good cause shown,

IT IS on this 27th day of **September, 2010,**

**ORDERED** that Susan Schultz, et al., v. Merck Sharp & Dohme Corp., Civil Action No. 10-3545 (GEB); Dolores Duke, et al., v. Merck & Co., Inc., Civil Action No. 09-5693 (GEB); Margaret Gozdziak v. Merck & Co., Inc., Civil Action No. 09-5630 (GEB); Dolores Kuczajda, et al., v. Merck & Co., Inc., Civil Action No. 10-679 (GEB); Phyllis Molnar, et al., v. Merck & Co., Inc., Civil Action No. 08-08 (GEB), be consolidated for purposes of discovery only.

*/s/ Lois H. Goodman*

**LOIS H. GOODMAN**

**United States Magistrate Judge**